DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| 259P13 | State v. Anthony R. Belton | 1. Def's *Pro Se* PWC to Review Order of COA (COAP13-110) | 1. Denied **06/19/13** |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed **06/19/13** |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot **06/19/13** |
| 260P13 | State v. Andrew Charles Beck | 1. Def's *Pro Se* Motion for NOA (COAP12-13) | 1. Dismissed |
| | | 2. Def's *Pro Se* PWC to Review Order of COA | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed |
| | | 4. Def's *Pro Se* Motion to Appoint Counsel | 4. Dismissed as Moot |
| 262P13 | State v. Saquan Treay Facyson | 1. State's Motion for Temporary Stay (COA12-1300) | 1. Allowed **06/19/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 263P13 | State v. Tornello Pierce | Def's *Pro Se* Motion for NOA | Dismissed *Ex Mero Motu* |
| 264P13 | State v. Jonathan Jay Krieger | Def's *Pro Se* Motion for PDR Under N.C.G.S § 7A-31 (COAP12-953) | Dismissed |
| 265P13 | State v. Keith Markham | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1470) | Denied |
| 266P13 | Lee Franklin Booth v. State of N.C. | 1. State's Motion for Temporary Stay (COA13-2) | 1. Allowed **06/24/13** Dissolved the Stay **08/27/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as Moot |
| 269P13 | In the Matter of: William Bunch, III | State's PDR Under N.C.G.S. § 7A-31 (COA12-1367) | Denied |